**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SANDRA E. KUCK,

    Plaintiff,                                  Case No.: 1:26-cv-04645

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | BeiLingJingMao |
| 2 | 范书柜收纳 |
| 3 | guoruikai33 |
| 4 | Haizhilan home decoration project |
| 5 | HeNanJiuQuanLeShangMao |
| 6 | HYXNNDZSW |
| 7 | PaiWeiYeYa |
| 8 | AngelGift |
| 9 | zhuzhouhuixiashangmaoyouxiangongsi |
| 10 | GuangZhouYueRanDianShangYouXianGongSi |
| 11 | Saifkastore |
| 12 | Love Fashion Live |
| 13 | GOOD PAPA |
| 14 | LOMSIOY |
| 15 | JSJIANJIN |
| 16 | artsselling |
| 17 | shengnuoweimaoyiyouxiangongsi |
| 18 | paintbynumbershome.com |
| 19 | diamondpaintingpro.com |
| 20 | maddycharts.com |
| 21 | maxnoveltypbn.com |
| 22 | diamondspaintingfactory.com |

1