**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SANDRA E. KUCK,

    Plaintiff,

v.

BeiLingJingMao,

    Defendant.

Case No.: 1:26-cv-04645

Judge Lindsay C. Jenkins

Magistrate Judge Young B. Kim

### AMENDED SCHEDULE A TO AMENDED COMPLAINT

| No. | Defendant |
|-----|-----------|
| 1 | BeiLingJingMao |