## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sandra E. Kuck

                    Plaintiff,

v.                                          Case No.: 1:26–cv–04645
                                            Honorable Lindsay C. Jenkins

BeiLingJingMao, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The docket entry at [22] is stricken. It does not appear that plaintiff has sufficiently established a basis for e–mail service upon the defendant in this case under the Seventh Circuit's decision in Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., No. 25–2205, 2026 WL 1502198 (7th Cir. May 29, 2026). In particular, plaintiff does not appear to have made a showing that the named defendant's physical addresses are not known (see Hague Conv., art. 1). In fact, Plaintiff's complaint makes the representation that Defendant is based in China "or another foreign jurisdiction." [Dkt. 12, para. 15.] Kangol holds that the Hague Convention prohibits email service to an entity in China. Plaintiff is asked to submit a supplemental brief on service in light of Kangol by June 15, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.