**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Sandra E. Kuck,

      Plaintiff,                                             Case No.: 1:26-cv-04645

v.                                                                    Judge Lindsay C. Jenkins

BeiLingJingMao,

      Defendant.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the Defendant(s) identified on Amended Schedule A [13] of the Complaint.

This terminates the action.

DATED:  June 15, 2026                                      Respectfully submitted,

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt
                                                FL Bar No. 1036084 │ IL Bar No. 6207971
                                                Keith A. Vogt PLLC
                                                1820 NE 163rd Street, Suite #306
                                                North Miami Beach, Florida 33162
                                                Telephone: 312-971-6752
                                                E-mail: keith@vogtip.com

                                              ***ATTORNEY FOR PLAINTIFF***