**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sandra E. Kuck

                Plaintiff,

v.                                               Case No.: 1:26−cv−04645

BeiLingJingMao, et al.                     Honorable Lindsay C. Jenkins

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Pursuant to the notice of voluntary dismissal [24] the case is dismissed without prejudice. Civil case terminated. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.